UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GERALD KRUGER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 2:10-cv-66-WTL-TAB |
| ) | |
| WARDEN MARBERRY, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's motion for reconsideration on April 27, 2010, is **denied.**

2. The plaintiff's requests to be supplied with a copy of the docket sheet is **granted.** The clerk shall include a copy of the requested document with the plaintiff's copy of this Entry.

3. Because the plaintiff is a "prisoner" as defined by 28 U.S.C. § 1915(h), his complaint must be screened pursuant to 28 U.S.C. § 1915A(b) in order that viable claims can be identified and that legally insufficient claims can be dismissed. *Sanders v. Sheahan*, 198 F.3d 626 (7th Cir. 1999)( "A provision added to the Judicial Code by the Prison Litigation Reform Act of 1996 requires the district judge to screen prisoner complaints at the earliest opportunity and dismiss the complaint, in whole or part, if . . . it 'fails to state a claim upon which relief can be granted.'")(quoting 28 U.S.C. § 1915A(b)(1). The plaintiff will be notified through the issuance of an appropriate order when this step has been completed.

**IT IS SO ORDERED.**

Date: 05/18/2010

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Gerald Kruger
57884-004
Terre Haute - USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47801

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**